# Exhibit 16



| Home | Factory | Quality | Product | News | Support | Service | Recruitment | Contact us |

Hotline: 400-6688-593   中文版   English

**Product Category**

车削类 / Turning Parts
组装件类 / Assembly Parts
机加工类 / Machining Parts
冷镦类 / Cold-forming Parts
冲压类 / Stamping Parts



## Factory Introduction 工厂简介    ☰ Details

Pemco was founded in 2006. We have 6 production lines of automatic lathe, CNC lathe, cold forming, stamping, machining and assembly. We specialize in designing and producing of fasteners in China.

## Company News    More



www.pemcohardware.com-Pem..  [Details]

| pemku.com is the e-sales website for Pemco | 2015-05-10 |
| Pemco Hardware, Inc. (USA) is officially launched | 2015-05-10 |
| We move to a larger scale factory in Dongguan..... | 2015-05-10 |


1 2 3

## Pemku Home    More

Expand team spirit training
The 2015 labor day, all the staff of Pemco Hardware Manufactory wen [Details]

| Rush through activities to enhance the employee's | 2015-05-10 |
| Canteen management system | 2015-05-10 |
| 2013 Lake Scenic Area Tourism Plan | 2015-05-10 |
| Notice of 2013 Spring Festival Holiday | 2015-05-10 |

## Exhibition News    More

Exhibition 2015
[Details]

    

ISO 9001   ISO 14001   RoHS

## Latest Product 最新产品    ☰ See More

      

ex Hank-serts | Hex Inclined Insert Nuts | Blind Broaching Standoffs | Hank Tank Bushes | Self-clinching Pilot Pins with Tip | Keyhole Standoffs SKC | Pre

About us  |  Feedback  |  Recruitment  |  Company Culture  |  Quality Manage  |  Contact us

Phone: 400-6688-593  +86-(0)769-81286725  +1-626-715 2278

粤ICP备10230702号-3 

Fax: +86-(0)769-87508375    Post: 523688



# Assembly Parts > Panel Fastener Assembly

**Navigation:** Home > Product Show > Assembly Parts > Panel Fastener Assembly

## Product Catalog

- **Assembly Parts**
  - > Index Plungers
  - > Hand Retractable Plungers
  - > **Panel Fastener Assembly**
  - > Spring-loaded Plungers
  - > Ball Plungers
  - > Spring Plungers
  - > Thrust Pins
  - > Ball Lock Pins
- Turning Parts
- Machining Parts
- Cold Forming Parts
- Stamping Parts

### Contact us

Service Hotline：
**400-6688-593**

Pre-Consultation

Aftermarket

Answered every question


Self-clinching Type with


Self-clinching Type without


Flare-in Type with Big Knob


Flare-in Type with Small


Press-in Type


Floating Type with


Floating Type with Straight


Snap-in Type


Broaching Type


Low-profile Panel Fastener


Low-profile with Partial


Self-clinching Small Head


Self-clinching Large Head


Broaching Large Head


Flare-in without Flange


Flare-in with Flange


Press-in Mini Captive


Press-in Smooth Head


Flare-in Smooth Head


Self-clinching Screws


Panel Captive Screws


Captive Screws


Self-clinching Bushes


Ferrule














| | | | |
|---|---|---|---|
| Miniature Panel Screws | Head Sink Captive Screws | Captive Screws with Spring | Captive Screws without |
|  |  |  |  |
| Easy Sping Screws | Captive Screws | Captive Nuts | Self-clinching with Plastic |
|  |  |  |  |
| Flare-in with Plastic Cap | Floating with Plastic Cap | P.C. Board with Plastic | Press-in with Plastic Cap |
|  | | | |
| Panel Fastener Retainer | | | |

About us | Feedback | Recruitment | Company Culture | Quality Manage | Contact us

Phone：400-6688-593 +86-(0)769-81286725 +1-626-715 2278

粤ICP备10230702号-3

Fax：+86-(0)769-87508375 Post：523688

Address：96# Jincheng Road, Jin Fenghuang Industrial Zone, Fenggang Town, Dongguan City, Guangdong Province, P.R. China

Dongguan Fenggang Pemco Hardware Factory All Rights Reserved

Contact
- Company Contact Information
- Sales Engineer
- Customer Service
- Location Map

**Contact us**

**Service Hotline:**

**400-6688-593**

**Pre-Consultation** 在线咨询

**Aftermarket** 在线咨询

**Answered every question**

售后问题提交
有问必答 快速响应

## Company Contact Information

Factory Name: Dongguan Fenggang Pemco Hardware Manufactory
Address: #96 Jincheng Road, Jingfenghuang Industrial Zone,
Fenggang Town, Dongguan City, Guangdong Province, P.R.China.
Post Code: 523688
Tel: +86-769-81286725
Fax: +86-769-87508375
E-mail: pemco@163.com
http://www.pemcomfg.com

## Sales Engineer

**Julia Lee**
Tel: +86-755-29480600
Fax: +86-755-29480900
Cell Phone: +86-(0)18902484019
Mail: a@pemcomfg.com

## Customer Service

**Bella Lai**
Tel: +86-755-29480600
Fax: +86-755-29480900
Mail: c@pemcomfg.com

## Location Map

Hotline: 400-6688-593    中文版  English

| Home | Factory | Quality | Product | News | Support | Service | Recruitment | Contact us |

Navigation: Home > Product Show > All Product

## Product Catalog

- **Turning Parts**
  - > Nuts
  - > Standoffs
  - > Pins and others
  - > Inserts
  - > Captive Screws
  - > Spacers & Standoffs
- **Assembly Parts**
- **Machining Parts**
- **Cold Forming Parts**
- **Stamping Parts**

### Contact us

Service Hotline:
**400-6688-593**

Pre-Consultation  

Aftermarket  

Answered every question



### Turning Parts > Nuts

     

Clinch Round | Clinch Hex | Lock Nuts | For Ultra Thin | Floating Nuts | Flush Nuts

    

Round Bush | Hex Hank-serts | Round Serrated | Self-locking Nuts | Miniature Nuts | Round Nylon-

      

Hex Nylon- | Hex Inclined | Broaching Nuts | Anchor Rivet | Cage Nuts | Self-locating

    

Threaded Right | Self-tapping | Self-clinching | Self-clinching

### Turning Parts > Standoffs

      

Thru-hole | Blind Threaded | Threaded | Thru-hole | Full Threaded | Grounding

       

Connect | Micro Screwlock | Blind Broaching | Concealed-head | Broaching | Broaching

    

Hand Standoff- | Hank Tank

### Turning Parts > Pins and others

     

Flush-mounted | Self-clinching | Micro Pilot Pins | Keyhole | Keyhole | Snap-top

    

Snap-top | Spotfast Joints | PCB/Plastic | Spotfast with | Micro Tack Pin

### Turning Parts > Inserts

     

Double Diagonal | Straight Diagonal | Symmetrical | Conical Single | Diagonal Single | Diamond Knurled

     

Blind Self- | Thru-thread | Thru-thread | Diamond Knurled | Diamond Knurled | Diamond Knurled



Press-in Inserts

### Turning Parts > Captive Screws

     

 | Pan Head | Wing Head | Diamond Head | Captive Screws | Captive Screws

   

Thumb Screws | Captive Screws

### Turning Parts > Spacers & Standoffs

     

Hex Spacers | Round Spacers | Thru-hole Round | Hex Male/Femail | Round | Male/Female

       

Hex Spacers | Hex Spacers | Hex Spacers | Round Spacers | Hex | Round

### Assembly Parts > Index Plungers

     

Concave Head | Convex Head | Flat Head Full | Conical Head | Conical Head | Metal Head Full

     

Return Type with | Lockout Type | Return Type with | Lockout Type | Return Type with | Fine Thread

| | | | | | |
|---|---|---|---|---|---|
| Long Convex | Long Convex | Flat Head with | Flat Head with | Mushroom Head | Mushroom Head |
| Long Mushroom | Long Mushroom | Conical Head | Conical Head | Long Conical | Short Conical |
| Short Conical | Metal Head | Metal Head | Alu. Head Return | Alu. Head | Alu.Head with |
| Alu.Head | Concave Head | Flat Head | Flat Head | Conical Head | Conical Head |
| Full Threaded | with Hex Collar | Welded without | Round Press-in | T Return | T Lockout |
| Flush Concave | Flush Concave | Flush Thin Sheet | Flush Thin Sheet | Flush Conical | Flush Conical |
| Flush Alu. | Flush Alu. | Flush Flange | Flush Flange | Flush Flange | Flush Flange |
| Flush Welded | Flush Welded | Conical Flange | Conical Flange | Mini Flange | Mini Flange |
| Mini Nogo Return | Mini Nogo | Mini Go Return | Mini Go Lockout | Easy Coarse | Easy Coarse |
| Easy Fine | Easy Fine | Pushout Plunger | Plastic Body | Plastic Body | Lever Plunger |
| Lever Plunger | with Flat Lever | with Plastic | with Hex Head | Welded Indexing | without Cover |
| without Plastic | with Plastic | without Cover | with Cover | Right-angled | Parallel |

      

