



Spring Latches | Lift | Press | Push-Push | Lift with Lever | Press with Lever

Pull Return | with Knob Return | with Knob | safety indexing | with safety | hex collar inside

Plunger with Star | Star Knob Bolt | with Switch | with Cylindrical | with Cylindrical | with Tapered

with Tapered

## Assembly Parts > Hand Retractable Plungers

Knurled Metal | Knurled Head | Knurled Head | Knurled Delrin | Knurled Metal | Knurled Metal

Delrin Knob | Delrin Knob | Short L Return | Short L Lockout | Long L Return | Long L Lockout

L Delrin Nose | Pull Ring Hex | Pull Ring | Pull Ring Full | Pull Ring Delrin | Pull Ring Delrin

Short Threaded | U Pull Ring | U Pull Ring | Pull Ring | T Handle | Pull Ring

Hex Drive | Threaded Metal | Threaded Metal | Threaded Delrin | Threaded Delrin

## Assembly Parts > Panel Fastener Assembly

Self-clinching | Self-clinching | Flare-in Type | Flare-in Type | Press-in Type | Floating Type







Floating Type
Snap-in Type
Broaching Type
Low-profile Panel
Low-profile with
Self-clinching

Self-clinching
Broaching Large
Flare-in without
Flare-in with
Press-in Mini
Press-in Smooth

Flare-in Smooth
Self-clinching
Panel Captive
Captive Screws
Self-clinching
Ferrule

Miniature Panel
Head Sink
Captive Screws
Captive Screws
Easy Sping
Captive Screws

Captive Nuts
Self-clinching
Flare-in with
Floating with
P.C. Board with
Press-in with

Panel Fastener

## Assembly Parts > Spring-loaded Plungers

Thread-in Spring-
Smooth Press-in
Press-in, Prism
Press-in, Large
Flare-in, Bright
Flare-in, Prism

Flare-in, Large
Self-clinching

## Assembly Parts > Ball Plungers

Posi-Hex with
Posi-Hex without
Slot Driver with
Slot Recess
Short Slot Drive
Short Slot Drive

Ball Plungers
Ceramic Ball
Ceramic Ball
Hex Drive Long-
Slot Recess,
Ball Bolt, Hex



| Ball Bolt, Slot | Hex Recess,Cap | Hex Head Ball | S.Steel Body | Plastic Body | Brass Body, |
| Self-clamping | Long Body | Press-fit Plunger | Smooth Body | Knurled Body | Smooth Body |
| Flanged Ball | Double-ended | Semi-Ball Ended | Short Semi-Ball | Semi-Ball Ended | |

Assembly Parts > Spring Plungers








| Hex Recess | Theaded Spring | Slot Recess, | Hex Recess, | Short Thread | Press-Fit |
| Press-fit Smooth | Knurled Body | Long Stroke | Threaded Spring | Long Stoke Hex | Short Stroke Hex |
| With flat hex | Micro Spring | Grub Screws | Steel Grub | Stainless Steel | Thrust Screw |














Assembly Parts > Thrust Pins

| Side Thrust Pin | Lateral Plunger | Threaded Lateral | Threaded Lateral | Lateral Plunger |

Assembly Parts > Ball Lock Pins



| Pull Ring Ball- | Heavy Duty | Button Handle | Double Acting | Double Acting | Double Acting |
| Heavy Duty, T | Heavy Duty, L | Recessed Button | T Handle Ball- | L Handle Ball- | |

Cold Forming Parts > Self-clinching Studs








| Flush-mounted | Non-Flush Studs | High-Strength | High-strength | High-strength | Concealed-head |
|---|---|---|---|---|---|
|  | | | | | |
| Low- | Unthreaded | Flush-mounted | Broaching Studs | Dog-Point Studs | Weld Studs |

About us | Feedback | Recruitment | Company Culture | Quality Manage | Contact us

Phone：400-6688-593 +86-(0)769-81286725 +1-626-715 2278

粤ICP备10230702号-3

Fax：+86-(0)769-87508375    Post：523688

Address：96# Jincheng Road, Jin Fenghuang Industrial Zone, Fenggang Town, Dongguan City, Guangdong Province, P.R. China

Dongguan Fenggang Pemco Hardware Factory All Rights Reserved