# Exhibit 17

  



Please enter the keywords

The site has 8022 Piece of cargo



## Category







Ready Stock, 1 Piece Buy

### All Product                                                    Enter Product List>>

| New Product | New Message |
|---|---|
| **Lever Indexing Bolts**<br>By turning the index bolt 180° the locking pin will be pulled-in and secured by a notched catch.Plastic grip allows for better handling. Temperature -30°C+ 80°C.  | **One-stop sourcing platform**<br>pemku.com is the e-shop providing fasteners,moulds,tools and automation parts quickly and accurately with JIT delivery and lowest cost.  |

About us  |  News  |  VMI Service  |  Quality Control  |  Advertising  |  Cooperation  |  Merchants  |  Statement  |  Links  |  Contact us

Phone: +86-(0)755-29480600  Fax: +86-(0)755-29480900  Email: pemco@163.com

Copyright@2013-2015 in Shenzhen Pemco Fastening Systems Co., Ltd.   粤ICP备10230702号

 

    Cart(0)    Welcome   | Home | Login | Register | Feedback | Add to Favorite



Please enter the keywords   

The site has 8022 Piece of cargo



### Products Center

**Fastener**
- Self-clinching Fasteners
- Panel Fastener Assemblies
- Spring-loaded Plungers
- Self-clinching Studs
- Inserts for Plastic
- Threaded Inserts
- Captive Screws
- Spacers & Standoffs
- Quick Release Fasteners
- Rivets
- Screws
- Bolts
- Nuts
- Pins & Keys
- Washers & Rings
- Springs

**Automation Components**

Navigation:   Home > About us

## Contact us

Company Name:    Shenzhen Pemco Fastening Systems Co., Ltd.

Address:    5th Floor, 20th Factory, Guangqian Industrial Park, Taoyuan Street,

Nanshan District, Shenzhen, P.R.China

Postcode:    518055

Hotline:    40000-555-09

Tel:    +86-(0)755-29480600

Fax:    +86-(0)755-29480900

E-mail:    pemco@163.com        a@pemco.cn        b@pemco.cn        c@pemco.cn


Pemco Hardware Inc. (U.S.A.)

Address: 1122 Cleghorn Dr. Unit E Diamond Bar CA 91765 U.S.A.

Tel: (626) 715 0226

Fax: (909) 274 7565

M.P.: (626) 715 2278

E-mail: pemco@163.com

About us  |  News  |  VMI Service  |  Quality Control  |  Advertising  |  Cooperation  |  Merchants  |  Statement  |  Links  |  Contact us

Phone: +86-(0)755-29480600 Fax: +86-(0)755-29480900 Email: pemco@163.com

Copyright@2013-2015 in Shenzhen Pemco Fastening Systems Co., Ltd.  粤ICP备10230702号





 PEMKU品库.com
One-stop sourcing platform
Fasteners
Industrial parts

Please enter the keywords 搜索

The site has 8022 Piece of cargo

Service Hotline
400-0055-509

Products Center

Automation Components
- Index Plungers
- Hand Retractable Plungers
- Ball Plungers
- Spring Plungers
- Spring Locating Pins
- Quick Release Pins
- Handles
- Levers
- Knobs
- Leveling Devices
- Handwheel

Fastener

Search Product : Please enter the keywords 搜索

Index Plungers

Hand Retractable Plungers

Ball Plungers

Spring Plungers

Spring Locating Pins

Quick Release Pins

Handles

Levers

Knobs

Leveling Devices

Handwheel

Phone: +86-(0)755-29480600 Fax: +86-(0)755-29480900 Email: pemco@163.com
Copyright@2013-2015 in Shenzhen Pemco Fastening Systems Co., Ltd. 粤ICP备10230702号

信 诚信网站

中文版　English　　　　　　　　购物车(0)　　欢迎　|　首页　|　登录　|　注册　|　建议反馈　|　加入收藏

请输入关键字

本网共有 8022 件货物

产品大全

▸ 紧固件
- 压铆紧固件
- 面板螺钉组件
- 弹簧柱塞
- 压铆螺钉
- 镶嵌件
- 铆螺母
- 拴式螺钉
- 间隔柱
- 快速进入紧固件
- 铆钉
- 螺丝
- 螺栓
- 螺母
- 销及键
- 垫片及挡圈
- 弹簧

▸ 自动化零件



当前位置：　首页 > 关于我们

## 关于我们

品库网(www.pemku.com)是深圳市品扣紧固系统有限公司旗下的B2C网上现货销售平台。我们致力于为客户缩短交期和降低成本，为客户快速准确地提供高品质紧固件、模具用零件、工厂自动化用零配件及机械加工工具等。

深圳市品扣紧固系统有限公司由香港泰华股份有限公司投资控股，在深圳观澜及东莞凤岗设有大型的生产工厂、仓储基地及研发中心，是一家拥有自营进出口权的一般纳税人企业。公司致力于弹簧柱塞、旋钮柱塞、球头柱塞、分度销、波珠螺丝、定位柱、定位珠、挡销、松不脱螺钉（弹簧组合螺钉、面板螺钉）、直角扣紧紧固件、线缆整理固定件、滚花螺母、车削件、压铆紧固件及其组装件的设计、开发、生产和销售。我们亦代理经销各类标准件，包括国标（GB）、德标（DIN）、美标（ANSI）、日标（JIS）及国际标准（ISO）零部件，为客户提供现货解决方案。



我们的产品范围广，广泛用于电脑、电子、通信、医疗、电器、机械、模具、航空、汽车及塑胶等行业。我们的大部分产品均备有现货库存，我们正在逐步建立起遍布全国乃至全球的服务网点及仓储基地，为您提供VMI（供方管理库存）解决方案及JIT（准时化生产）服务，实现每天24小时每周7天的全天候服务。



公司从台湾、日本及德国进口高精密机床、自动车床以及各种实验和检测设备，组建了先进的产品生产线及实验中心。生产设备共计100 余台，其中自动车床59 台，数控车床18台，滚牙机15台，仪表车床20余台，钻床28 台，铣床16台、打头机19台、搓牙机19台。检测设备有盐雾试验机、投影仪（二次元）、除氢炉、推／扭力测试仪、拉/压弹力计及硬度计等。

我们关注环境保护及可持续发展，倡导"环保中华、绿色采购"，提供完全符合ROHS 标准的环保产品，并提供第三方认证（如SGS）。

公司现有员工180名，工程技术人员18名，高级工程师13名，专业技术工人120余名，品保人员28名。厂房面积3000 余平方米。

我们引进全面品质管理（TQM）理念，将品质提升到经营层面，通过全员参与、全面改善，以满足或超越客户的期望和要求，使企业得以永续发展。我们注重生产过程的每一个环节，执行细节管理，应客户要求，可提供PPAP 文件。我们推行6S 管理，并取得显著成效。我们工厂已经通过了ISO9001 及ISO14000 体系认证。



| 二次元 | 盐雾测试机 | 洛氏硬度计 | 同心度检测 |

#### 为什么选择品库网

产品质量可靠

我们专注于高品质产品的开发、生产与销售，全球有2000多家知名制造企业在使用我们的产品及服务，并受到大家的一致好评。

准时化生产及交货

没有最小订购量，1个起订

商品种类极大丰富

有利于帮客户缩短设计时间

正在筹建的全球销售网络

---

关于我们 ｜ 新闻动态 ｜ VMI 服务 ｜ 质量控制 ｜ 广告服务 ｜ 欢迎合作 ｜ 招商加盟 ｜ 网站声明 ｜ 友情链接 ｜ 联系我们
电话：0755-29480600 传真：0755-29480900 邮箱：pemco@163.com
Copyright@2013-2015 in 深圳市品扣紧固系统有限公司 粤ICP备10230702号



     

   

Floating Self-clinching | Self-clinching Nuts | Flush Nuts | Flare-in Nuts

   

Self-locking Nuts | Miniature Self-clinching | Nylon Inserted Min Self- | Keli Insert Nuts

   

Press-in Nuts | Flare-mounted Nuts | Cage Nuts | Grounding Standoffs

  

Screwlock Standoff | Self-clinching Blind Nuts | Concealed-head Standoffs | Broaching Standoffs

   

Self-clinching Standoffs | Unthreaded Flush Pins | Keyhole Standoffs | Snap-top Standoffs

Right Angle Nuts | Cable Tie-mounts and Hooks | Hank Standoffs | Hank Tank Bush

  

Spinning Flare Nuts | Self-Locating Projection | Fasteners for Joining