# Exhibit 27

(12) **United States Design Patent** (10) Patent No.: **US D461,705 S**
Bentrim (45) **Date of Patent:** ⁎⁎ **Aug. 20, 2002**

(54) **SHEET METAL CABLE HOOK**

(75) Inventor: **Brian G. Bentrim**, Hatfield, PA (US)

(73) Assignee: **PEM Management, Inc.**, Wilmington, DE (US)

(**) Term: 14 Years

(21) Appl. No.: 29/156,165

(22) Filed: **Feb. 26, 2002**

(51) **LOC (7) Cl.** .................................................. **08-08**
(52) **U.S. Cl.** ........................................................ **D8/371**
(58) **Field of Search** ......................... D5/367, 368, 371, D5/373, 380; 160/349.2, 348; 248/301–304, 216.1, 467, 339, 351, 231.91, 215, 489, 218.1–218.3, 71, 343; 24/552, 369, 308, 599.1; D6/524, 547

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,030,960 A * 2/1936 Burns ....................... 160/349.2
D223,230 S * 4/1972 Kamins et al. ................ D8/367
4,112,550 A * 9/1978 DeWitt et al. ................ D8/367
D375,673 S * 11/1996 Schowalter .................. D8/373
6,279,208 B1 * 8/2001 Gillis ............................ 24/343

* cited by examiner

*Primary Examiner*—Pamela Burgess
(74) *Attorney, Agent, or Firm*—Gregory J. Gore

(57) **CLAIM**

The ornamental design for a sheet metal cable hook, as shown and described.

**DESCRIPTION**

FIG. **1** is a top right front perspective view of my design for a sheet metal cable hook;
FIG. **2** is a top plan view thereof;
FIG. **3** is a left side elevation view thereof;
FIG. **4** is a front view thereof being the mirror image of the rear view thereof;
FIG. **5** is a right side elevation view thereof; and,
FIG. **6** is a bottom view thereof.

**1 Claim, 2 Drawing Sheets**



**FIG. 1**



**FIG. 2**



**FIG. 3**     **FIG. 4**     **FIG. 5**

  

**FIG. 6**





Defendants' Infringing Type TDO Self-Clinching Cable-Tie Hook
Which Infringes U.S. Patent No. D461,705



Preferred Embodiment from U.S. Patent No. D461,705

Exhibit 27 Infringement Comparison