IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Penn Engineering & Manufacturing Corp. | : : : | |
| Plaintiff, | : : | |
| v. | : : | No.: 2:15-CV-06277-GJP |
| Pemco Hardware, Inc., Dongguan Fenggang Pemco Hardware Factory, and Shenzen Pemco Fastening Systems Co., Ltd., | : : : : : | |
| Defendants. | : | |

**Plaintiff's Emergency *Ex Parte* Motion
to Modify Preliminary Injunction Order**

Plaintiff Penn Engineering & Manufacturing Corporation ("PennEngineering"), by and through its undersigned counsel, hereby moves this Court for an Order to modify the Court's preliminary injunction Order entered on March 9, 2016. (ECF No. 14.) Plaintiff's motion is based on Fed.R.Civ.P. 65, 15 U.S.C. § 1116, and Defendants' disobedience of this Court's prior Order.

WHEREFORE, PennEngineering respectfully requests that this Court enter the annexed proposed order.

                                              Respectfully submitted,

                                              Ryder, Lu, Mazzeo & Konieczny LLC

Date: October 16, 2017             /s/ Joseph M. Konieczny, Sr.
                                        By: Joseph M. Konieczny, Sr. (Pa. 59,724)
                                        531 Plymouth Road, Suite 526
                                        Plymouth Meeting, PA 19462
                                        Telephone: 610-940-1962
                                        Facsimile: 610-940-1963
                                        jkonieczny@ryderlu.com

                                        Attorneys for Plaintiff