IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> PEMCO HARDWARE, INC. *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br> NO. 15-06277 <br><br><br> **NOVEMBER 7, 2017** |

## ORDER

**AND NOW**, this 7th day of November, 2017, it is hereby **ORDERED** that Plaintiff's Emergency Motion to Enforce the Preliminary Injunction Order by finding Pinconn, Pinconn Hardware Factory, and Dongguan Fenggang Pinconn Hardware Factory in Contempt of Court is **GRANTED.**

It is accordingly further **ORDERED** that these three entities are:

1. Enjoined from exhibiting any infringing product at the 2017 Medical Device and Manufacturing tradeshow at the Minneapolis Convention Center in Minneapolis, Minnesota on November 8 and 9, 2017.

2. Enjoined from processing any payment for the sale of any infringing product.

3. Directed to pay, upon Court approval of a proper application, Plaintiff's reasonable attorneys' fees and costs relating to this Motion and its prior Motion to Modify Preliminary Injunction Order, (ECF No. 16), both of which were necessitated by Defendants' continuing infringement and contempt of this Court's March 9 Order. Penn Engineering shall file its application for reasonable attorneys' fees and costs on or before November 21, 2017.

BY THE COURT:

  */s/ Gerald J. Pappert*
―――――――――――――――――
GERALD J. PAPPERT, J.